# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>**CURT JOSEPH CULLENS &**<br>**CARRIE LYNN CULLENS,**<br><br>Debtors. | In Chapter 13 Proceeding<br>Case No. 11-22355-TWD<br><br>**<u>WITHDRAWAL OF</u>**<br>**<u>PROOF OF CLAIM No. 5</u>**<br><br>BANKRUPTCY JUDGE<br>TIMOTHY W DORE |

      **COMES NOW**, Recovery Management Systems Corporation, and, pursuant to Bankruptcy Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws its Proof of Claim for Orion filed on November 17, 2011 in the amount of $1223.66, the same being docketed as number 5 on the Court's claims register.

      RECOVERY MANAGEMENT SYSTEMS CORPORATION hereby releases the Chapter 13 Trustee from any further liability for the above-mentioned Proof of Claim, and requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

Dated: This 18th day of May, 2012

RECOVERY MANAGEMENT SYSTEMS CORPORATION

By:     /s/Ramesh Singh

As authorized agent for:

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING, SUITE 1120
MIAMI, FLORIDA 33131-1605

# Certificate of Service

I hereby certify that a copy of the foregoing was served electronically through the Court's ECF filing system to the following parties:

K Michael Fitzgerald
courtmail@seattlech13.com

Masafumi Iwama on behalf of Debtor Curt Cullens
matt@iwamalaw.com, matt.iwamalaw@gmail.com;beth@iwamalaw.com

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

Dated: This 18th day of May, 2012

/s/Ramesh Singh
RAMESH SINGH
RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. SECOND AVENUE
INGRAHAM BUILDING SUITE 1120
MIAMI, FL 33131-1605
TEL: (305) 379-7674
FAX: (305) 374-8113